HENRY AMSTER, Respondent, v. LEO M. MAYER, Appellant, and HANNAH MAYER, Defendant.— Motion for reargument denied. Motion for leave to appeal

* Affd., 265 N. Y. ——.

to the Court of Appeals granted. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ. [See 240 App. Div. 971.]